UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and CURIO BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LUONG VAN LUONG, an individual; THI HA NGUYEN, an individual; QUANG HUY TRAN, an individual; HOANG KIM TRUNG, an individual; PHAM VAN HUY, an individual; VAN VUONG PHAN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-01869-RSM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

THIS MATTER came before the Court on the *Ex Parte* Motion for Default Judgment and Permanent Injunction (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (together, "Amazon"), and CURiO Brands, LLC ("Curio") against Defendants Luong Van Luong ("Luong"), Thi Ha Nguyen ("Nguyen"), Hoang Kim Trung ("Trung"), Pham Van Huy ("Huy"), and Van Vuong Phan ("Phan"). The Court, having considered Plaintiffs' Motion, this matter's files and records, the factors for default judgment set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), and the four-factor test for issuing a permanent injunction set forth in *eBay v. MercExchange, L.L.C.*, 547 U.S. 388 (2016), and being fully advised, finds

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 1
(2:24-cv-01869-RSM)

that Plaintiffs have established the liability of Defendants and their entitlement to damages and a permanent injunction. Accordingly, the Court ORDERS:

1. Plaintiffs' Motion is GRANTED and JUDGMENT is entered against all Defendants on Curio's cause of action for Trademark Counterfeiting and Trademark Infringement (15 U.S.C. § 1114), Plaintiffs' cause of action for False Designation of Origin (15 U.S.C. § 1125(a)), and Plaintiffs' cause of action for Violation of the Washington Consumer Protection Act (RCW 19.86.010, *et seq.*), and Amazon.com Services LLC's cause of action for Breach of Contract.

2. The Court awards Curio statutory damages in the amount of $2,615,322 based on Defendants' willful violations of the Lanham Act, as follows:

    a. An award of $249,930 against Luong for counterfeit sales from the following Selling Account: Amazing Thing 378;

    b. An award of $243,645 against Nguyen for counterfeit sales from the following Selling Account: Aries No 1;

    c. An award of $92,418 against Trung for counterfeit sales from the following Selling Account: Kutihon;

    d. An award of $178,086 against Huy for counterfeit sales from the following Selling Account: Nadiana Store;

    e. An award of $1,851,243 against Phan for counterfeit sales from the following Selling Accounts: Vseinv Shop and VTZ.

3. The Clerk is directed to enter judgment against Defendants and in favor of Curio in the amounts set forth above.

4. The Court awards Amazon its actual damages for Defendants' breaches of contract and false designation of origin under the Lanham Act as follows:

    a. An award of $53,408 against Luong for Amazon's damages arising from refunds Amazon issued to its customers who purchased counterfeit products sold by the Amazing Thing 378 Selling Account;

    b. An award of $52,108 against Nguyen for Amazon's damages arising from refunds Amazon issued to its customers who purchased counterfeit products sold by the Aries No 1 Selling Account;

    c. An award of $19,251 against Trung for Amazon's damages arising from refunds Amazon issued to its customers who purchased counterfeit products sold by the Kutihon Selling Account;

    d. An award of $43,900 against Huy for Amazon's damages arising from refunds Amazon issued to its customers who purchased counterfeit products sold by the Nadiana Selling Account;

    e. An award of $481,897 against Phan for Amazon's damages arising from refunds Amazon issued to its customers who purchased counterfeit products sold by the Vseinv Shop and VTZ Selling Accounts.

5. The Clerk is directed to enter judgment against Defendants and in favor of Plaintiffs for the amounts set forth above.

6. Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of the order, are hereby permanently ENJOINED AND RESTRAINED from:

    a. selling counterfeit or infringing products in Amazon's stores;

    b. selling counterfeit or infringing products to Amazon or any Amazon affiliate;

    c. importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of Curio's brand or

trademarks, or which otherwise infringes Curio's intellectual property, in any store or in any medium; and

    d.  assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (c) above.

7. The Court hereby retains jurisdiction over this case for the purpose of enforcing this Order and Injunction, and for any supplemental proceedings that may be authorized by law.

8. Plaintiffs' counsel is hereby directed to provide notice of this Order and Injunction on Defendants via email as approved by the Court in its prior order granting alternative service (Dkt. 15).

SO ORDERED this 24th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 4
(2:24-cv-01869-RSM)